AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**ALVIN TOLES**

Case No.   2:04cr031-WHA
USM No.   11417-002

Everett M. Urech
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   **1-4 of the Amended Petition**   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from any unlawful use of a controlled substance | 8/18/10 |
| 2 | Failure to participate in drug testing if directed by the probation officer | 10/6/10 |
| 3 | Failure to answer truthfully all inquiries and follow instructions of p.o. | 8/12/10 |
| 4 | Failure to refrain from possessing a firearm | 10/7/10 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1043

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Montgomery, AL

October 26, 2010
Date of Imposition of Judgment

*(signature)*
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

10/26/10
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page __2__ of __2__ |
|---|---|---|
| DEFENDANT: | ALVIN TOLES | |
| CASE NUMBER: | 2:04cr031-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**24 months with no term of supervised release to follow.**
It is ORDERED that the term of supervised release imposed on September 27, 2004, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 24 months.

☐   The court makes the following recommendations to the Bureau of Prisons:


X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL